## MASON v. CITY OF SIOUX FALLS *et al.*

(Opinion filed April 5, 1892.)

Appeal from circuit court, Minnehaha county. Hon. FRANK R. AIKENS, Judge.

Action by Joseph M. Mason against the city of Sioux Falls and George R. Sammons, its treasurer, to enjoin the sale of certain real estate. From a judgment for plaintiff, defendants appeal. Reversed.

*Charles L. Brockway*, for appellants.

*Keith & Bates*, for respondent.

CORSON, J. The facts in this case are the same as those in the case of Mason v. City of Sioux Falls, except as to the amount of the assessment. The two cases were tried together in the court below, by stipulation, and were presented to this court together upon one abstract and set of briefs. This case is therefore reversed for the reasons given in the opinion in the last above entitled case. (2 S. D. 640.) All the judges concurring.